

# NUMBER 13-23-00488-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JAMES ALFREDO MORENO SALAZAR,**　　　　　　　　　　**Appellant,**

**v.**

**THE STATE OF TEXAS,**　　　　　　　　　　　　　　　　**Appellee.**

---

### On appeal from the 36th District Court
### of Aransas County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Chief Justice Contreras**

This cause is before the court on appellant's motion to dismiss this appeal. Counsel for appellant signed the motion, and the appellant signed an attached affidavit. We find the motion and affidavit together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant

the motion to dismiss and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
21st day of December, 2023.